IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GARY J. MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br><br>No. 1:23-CV-04406-SCJ |

O R D E R

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Christopher C. Bly. Doc. No. [10]. The R&R recommends Defendant's Motion to Dismiss be granted but that Plaintiff be afforded 21 days to file an amended complaint. Neither Party has filed objections to the R&R. This Court, having found no error in the R&R (Doc. No. [10]), **ACCEPTS** and **ADOPTS** it as the Order and Opinion of this Court.

The Motion to Dismiss (Doc. No. [8]) is **GRANTED**, and this civil action shall be closed. However, Plaintiff shall have 21 days from the date of this Order to file an amended complaint. Upon a timely filing of an amended complaint by

Plaintiff, the Clerk is **DIRECTED** to reopen this civil action. Plaintiff is not required to serve Defendant with his Amended Complaint; Defendant shall receive service of the Amended Complaint through the CM/ECF system, and the time for filing a responsive pleading shall run from the date the Amended Complaint is filed in CM/ECF.

    **IT IS SO ORDERED** this 31st day of July, 2024.

                                          /s/ Steve C. Jones
                                      **HONORABLE STEVE C. JONES**
                                      **United States District Judge**